Adam B. Nach – 013622
Lisa Perry Banen - 010412
**LANE & NACH, P.C.**
2025 North Third Street
The Brookstone - Suite 157
Phoenix, Arizona 85004
Telephone No.: (602) 258-6000
Facsimile No.: (602) 258-6003
Email: adam.nach@lane-nach.com
Email: lisa.banen@lane-nach.com

*Attorney for Lawrence J. Warfield, Chapter 7 Trustee*

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>CLARENCE THOMAS CUMMINGS and PAMELA K. CUMMINGS,<br><br>Debtors. | (Chapter 7 Case)<br><br>No. 2:09-bk-10576-RTBP<br><br>**TRUSTEE'S OBJECTION TO MOTION FOR RELIEF FILED BY FIFTH THIRD BANK** |
| FIFTH THIRD BANK<br><br>Movant,<br><br>v.<br><br>CLARENCE THOMAS CUMMINGS and PAMELA K. CUMMINGS; LAWRENCE J. WARFIELD, Chapter 7 Trustee,<br><br>Respondents. | [6370 Pine Hollow Dr., East Lansing, MI] |

Lawrence J. Warfield, Chapter 7 Trustee, ("Trustee"), by and through his attorneys undersigned,

respectfully objects to the Motion for Relief from the Automatic Stay (the "Motion"), Docket No. 17, filed

by Fifth Third Bank pertaining to the property located at 6370 Pine Hollow Dr, East Lansing, MI.  In

support of the objection, Trustee submits the following:

    1.   Debtors filed their Chapter 7 petition on May 15, 2009.

    2.   In Debtors' schedules and statements, Debtors list ownership of 11 real estate properties on

Schedule A, (including four out-of-state properties.)  Debtors also list interests in 53 LLC's or

Lane & Nach, P.C.
2025 North Third Street, Suite 157
Phoenix, AZ  85004

corporations, including out-of-state entities; and interests in 35 partnerships or joint ventures on their Schedule B, among other assets.

3. Fifth Third Bank filed its Motion on June 4, 2009, seeking relief from the automatic stay asserting that its loan is due for the January 2009 payment; that payments are in arrears, and that Movant lacks adequate protection.

4. The Motion fails to allege the total amount owed to Movant. Trustee is therefore unable to ascertain whether there is equity in the property.

5. The Motion fails to allege the value of the property. Trustee is therefore unable to ascertain whether there is equity in the property.

6. The Motion makes no specific allegations supporting the contention that Movant lacks adequate protection. Trustee is therefore unable to ascertain whether Movant is adequately protected.

7. The Motion alleges that the Movant is secured by a Deed of Trust, and seeks to foreclose its deed of trust. The exhibit to the Motion is a mortgage.

8. The Motion is not accompanied by any documents that would establish the lack of equity or the lack of adequate protection.

9. Local Rule 5005-2 states as follows:

> **(m) Address Information.** An attorney or other filer shall include his or her physical address, telephone and fax numbers, and Internet e-mail address on any pleading, petition, or other document, except for the list of creditors and official bankruptcy forms for lists, schedules and statements and declarations contained therein. Any attorney or other filer utilizing the ECF system must notify the bankruptcy court of any changes in physical address, telephone or fax numbers, or Internet e-mail address.

Notwithstanding this requirement, Movant has failed to provide an Internet e-mail address on Movant's pleadings.

10. The petition was filed on May 15, 2009; Trustee has been unable to ascertain the extent of the Estate's interest in the Real Property. If and to the extent there is value for the Estate, the Motion should be denied.

Lane & Nach, P.C.
2025 North Third Street, Suite 157
Phoenix, AZ 85004

2

WHEREFORE, Trustee respectfully requests that unless or until the Movant is able to establish the

Movant is entitled to relief, the Motion be denied.

DATED this 11th day of June, 2009.

LANE & NACH, P.C.


By:  /s/ LPB #010412
Lisa Perry Banen
Adam B. Nach
Attorneys for Lawrence J. Warfield, Chapter 7
Trustee

COPY of the foregoing delivered via
mail/electronic/e-mail notification to:

Arturo A. Thompson
Polsinelli Shughart, P.C.
3636 N. Central Ave., #1200
Phoenix, AZ 85012
Email: athompson@polsinelli.com
*Attorney for Debtors*

Mark Bosco
Leonard J. McDonald
TIFFANY & BOSCO
Third Floor Camelback Esplanade II
2525 East Camelback Rd
Phoenix, AZ 85016-4237
*Attorneys for Fifth Third Bank*

Office of the U.S. Trustee
230 North First Avenue
Suite 204
Phoenix, AZ 85003-1706


By: */s/ Terie K. Flowers-Turner*