# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | CLARENCE THOMAS & PAMELA K. CUMMINGS |
| **Case Number:** | 2:09-BK-10576-RTBP    **Chapter:** 7 |
| **Date / Time / Room:** | FRIDAY, AUGUST 14, 2009 09:00 AM   7TH FLOOR #703 |
| **Bankruptcy Judge:** | REDFIELD T. BAUM |
| **Courtroom Clerk:** | LORRAINE DAVIS |
| **Reporter / ECR:** | JUANITA PIERSON-WILLIAMS |

## *Matters:*

1) PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY FIFTH THIRD BANK .
   **R / M #:**   17 / 0

2) PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY MRO MORTGAGE GROUP, INC., IT'S SUCCESSOR'S AND/OR ASSIGNS .
   **R / M #:**   22 / 0

## *Appearances:*

ARTURO A. THOMPSON, ATTORNEY FOR CLARENCE THOMAS CUMMINGS, PAMELA K. CUMMINGS
MAY LU, ATTORNEY FOR FIFTH THIRD/AMO MORTGAGE

## *Proceedings:*

ITEM #1

Ms. Lu seeks a 30 day continuance.  Mr. Thompson has no objection.

COURT:  IT IS ORDERED continuing this matter to 9/28/09 @ 9:00 a.m.

ITEM #2

Mr. Thompson requests a continuance.

COURT:  IT IS ORDERED continuing this matter to 9/28/09 @ 9:00 a.m.