# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

|  |  |
|---|---|
| **Debtor:** | CLARENCE THOMAS & PAMELA K. CUMMINGS |
| **Case Number:** | 2:09-BK-10576-RTBP  **Chapter:** 7 |
| **Date / Time / Room:** | MONDAY, SEPTEMBER 28, 2009 09:00 AM  PRESCOTT |
| **Bankruptcy Judge:** | REDFIELD T. BAUM |
| **Courtroom Clerk:** | LUANN BELLER |
| **Reporter / ECR:** | JUANITA PIERSON-WILLIAMS |

## Matters:

1) DEBTOR'S MOTION TO SET ASIDE AUGUST 19, 2009 ORDER ON: CREDITOR BATTAILE'S MOTION TO EXTEND TIME TO FILE NON-DISCHARGEABILITY COMPLAINT
   **R / M #:**  119 / 0

2) DEBTOR'S MOTION TO SET ASIDE ORDER OF AUGUST 19 & AUGUST 21, 2009 RE: ORDER EXTENDING TIME FOR FILING MOTION TO DISMISS AS TO THE THE U.S. TRUSTEE
   **R / M #:**  105 / 0

3) **ADV: 2-09-00814**
   **LAWRENCE J WARFIELD vs CLARENCE THOMAS CUMMINGS & PAMELA K. CUMMINGS**
   STATUS HEARING IN RE: REMOVAL
   **R / M #:**  4 / 0

4) CONTINUED PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY FIFTH THIRD BANK .
   **R / M #:**  17 / 0

5) CONTINUED PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY MRO MORTGAGE GROUP, INC., IT'S SUCCESSOR'S AND/OR ASSIGNS .
   **R / M #:**  22 / 0

6) ADM: 2:09-bk-10576-RTBP
   STATUS/SCHEDULING HEARING IN RE: IOWA PROPERTY
   **R / M #:**  0 / 0

7) TRUSTEE'S OBJECTION TO EXEMPT PROPERTY
   **R / M #:**  56 / 0
   **VACATED:  PER AGREEMENT OF PARTIES - CONTINUED TO 11/13/09**

## Appearances:

ARTURO A. THOMPSON, ATTORNEY FOR CLARENCE THOMAS CUMMINGS, PAMELA K. CUMMINGS
LEONARD J. MCDONALD, ATTORNEY FOR FIFTH THIRD/AMO MORTGAGE
ELIZABETH AMOROSI, ATTORNEY FOR U.S. TRUSTEE
CHRIS CHICOINE, ATTORNEY FOR BATTAILE

(continue)...  2:09-BK-10576-RTBP          MONDAY, SEPTEMBER 28, 2009 09:00 AM

## *Proceedings:*

ITEM #2

Mr. Thompson urged his motion, stating that the U.S. Trustee had 90 days and did nothing. He noted that amendments to schedules have been filed.

Ms. Amorosi stated that she will wrap up within the time left on the extension. She also noted that she does not believe the extension is unreasonable.

Mr. Thompson replied.

COURT: IT IS ORDERED DENYING THE DEADLINE AND THE MOTION WILL STAND.

ITEM #1

Mr. Thompson reviewed this matter, stating that the burden is on Battaile and the motion should be denied.

Mr. Chicoine replied stating that the complaint was timely.

COURT: IT IS ORDERED VACATING THE HEARING IF THE COMPLAINT GOES FORWARD.

ITEM #3

COURT: THERE BEING NO APPEARANCES, IT IS ORDERED CONTINUING THIS HEARING TO OCTOBER 30, 2009 AT 10AM.

ITEM #4

Mr. McDonald stated that he is not sure if there is equity in the property.

Mr. Lane informed the Court that Ms. Banen is assigned to this case and is observing the Jewish holiday today. He noted that he is not prepare to cover for her today.

COURT: IT IS ORDERED CONTINUING THIS HEARING TO OCTOBER 30, 2009 AT 10AM. THE PARTIES ARE DIRECTED TO TRY TO RESOLVE THIS ISSUE PRIOR TO THE HEARING.

ITEM #5

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
## Minute Entry

(continue)...   2:09-BK-10576-RTBP          MONDAY, SEPTEMBER 28, 2009 09:00 AM

Mr. Thompson indicated that he is not involved in this issue.

COURT:  IT IS ORDERED CONTINUING THIS HEARING TO OCTOBER 30, 2009 AT 10AM.
THE PARTIES ARE DIRECTED TO TRY TO RESOLVE THIS ISSUE PRIOR TO THE HEARING.

ITEM #6

Mr. Thompson informed the Court that he believes this matter has been settled and requested a backup heairng be set.

COURT:  IT IS ORDERED CONTINUING THIS HEARING TO OCTOBER 30, 2009 AT 10AM.