# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

| | |
|---|---|
| **Debtor:** | CLARENCE THOMAS & PAMELA K. CUMMINGS |
| **Case Number:** | 2:09-BK-10576-RTBP   **Chapter:** 7 |
| **Date / Time / Room:** | MONDAY, NOVEMBER 16, 2009 10:00 AM   PRESCOTT |
| **Bankruptcy Judge:** | REDFIELD T. BAUM |
| **Courtroom Clerk:** | LORRAINE DAVIS |
| **Reporter / ECR:** | JUANITA PIERSON-WILLIAMS |

## Matters:

1) TRUSTEE'S OBJECTION TO EXEMPT PROPERTY
   **R / M #:** 56 / 0

2) **ADV: 2-09-00814**
   **LAWRENCE J WARFIELD vs CLARENCE THOMAS CUMMINGS & PAMELA K. CUMMINGS**
   STATUS HEARING IN RE: REMOVAL
   **R / M #:** 4 / 0

3) CONTINUED PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY FIFTH THIRD BANK .
   **R / M #:** 17 / 0

4) CONTINUED PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY MRO MORTGAGE GROUP, INC., IT'S SUCCESSOR'S AND/OR ASSIGNS .
   **R / M #:** 22 / 0

5) ADM: 2:09-bk-10576-RTBP
   STATUS/SCHEDULING HEARING IN RE: IOWA PROPERTY
   **R / M #:** 0 / 0

6) **ADV: 2-09-01064**
   **BREWSTER & HASTINGS, LLC vs CLARENCE THOMAS CUMMINGS & PAMELA K. CUMMINGS**
   RULE 16 SCHEDULING CONFERENCE
   **R / M #:** 5 / 0

7) TRUSTEE'S MOTION TO APPROVE COMPROMISE/SETTLEMENT
   **R / M #:** 179 / 0

## Appearances:

LISA PERRY BANEN, ATTORNEY FOR LAWRENCE J. WARFIELD, LAWRENCE J WARFIELD
ARTURO A. THOMPSON, ATTORNEY FOR CLARENCE THOMAS CUMMINGS, PAMELA K. CUMMINGS
PERNELL W. MCGUIRE, ATTORNEY FOR BREWSTER & HASTINGS, LLC
LEONARD J. MCDONALD, ATTORNEY FOR FIFTH THIRD/AMO MORTGAGE

(continue)... 2:09-BK-10576-RTBP        MONDAY, NOVEMBER 16, 2009 10:00 AM

## *Proceedings:*

ITEM #1

Ms. Banen advises of a pending settlement which makes his matter moot.

COURT: IT IS ORDERED vacating this hearing.

ITEM #3

Mr. McDonald notes the trustee has objected to his motion and seeks a 30 day continuance.

COURT: IT IS ORDERED continuing this matter to 12/14/09 @ 10:00 a.m.

ITEM #4

The court notes there is no appearance by MRO. Mr. Thompson reviews the status and notes counsel did not appear at the last hearing.

COURT: IT IS ORDERED continuing this matter to 12/14/09 @ 10:00 a.m.

ITEM #5

Matter moot - hearing vacated.

ITEM #6

Mr. Thompson advises the court that his matter has been resolved and the parties have agreed to a schedule.

COURT: IT IS ORDERED continuing this matter to 5/10/10 @ 9:00 a.m.

ITEM #2 & #7

Ms. Banen reviews the status of the adversary and addresses the settlement between the trustee and Wetherill. She urges approval of the agreement.

Mr. McGuire responds and discusses his objection with the court.

COURT: IT IS ORDERED approving the settlement on the terms and conditions stated. Counsel may lodge
     an order. IT IS FURTHER ORDERED vacating the status hearing and directing counsel to

have the
matter reset if the settlement is not consummated.