**SO ORDERED.**

Dated: November 19, 2009

_____
**REDFIELD T. BAUM, SR**
**U.S. Bankruptcy Judge**

Adam B. Nach – 013622
Lisa Perry Banen - 010412
**LANE & NACH, P.C.**
2025 North Third Street
The Brookstone - Suite 157
Phoenix, Arizona 85004
Telephone No.: (602) 258-6000
Facsimile No.: (602) 258-6003
Email: adam.nach@lane-nach.com
Email: lisa.banen@lane-nach.com

*Attorney for Lawrence J. Warfield, Chapter 7 Trustee*

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>CLARENCE THOMAS CUMMINGS and PAMELA K. CUMMINGS,<br><br>Debtors. | (Chapter 7 Case)<br><br>No. 2:09-bk-10576-RTBP<br><br>**ORDER APPROVING JOINT APPLICATION TO APPROVE SETTLEMENT UNDER RULE 9019**<br><br>[docket #179] |

The Trustee and Michael J. Witherill and Nancy J. Witherill ("Witherills") filed a Joint Application to Approve Settlement under Rule 9019, with their Settlement Agreement attached thereto. The Joint Application seeks Court approval of a cash settlement of $85,000 in resolution of a law suit filed by Debtor Clarence Thomas Cummings to collect a $1,000,000 promissory note made by Witherills. The Trustee filed his Notice of Removal of the law suit on July 23, 2009, styled: *Lawrence J. Warfield v. Clarence Thomas Cummings, et al,* adv. no #2:09-ap-00814-RTB.

Two responses were filed to the Joint Application: a letter dated October 28, 2009 from Gregory J Schwartz, signed as "Replacement General Partner" [docket #197], and the "Joinder in

Objection to Settlement" filed by Norman D. Katz, Steven I. Victor and Jay Victor, through their attorneys McGuire Garner PLLC, [docket #202], (collectively, "Objections.")

THE COURT FINDS that the Joint Application was duly noticed and that interested parties have been have provided with an opportunity to object and be heard.

THE COURT FURTHER FINDS that the settlement is in the best interest of the Estate, that the settlement has been duly noticed, and that the other requirements of Bankruptcy Rule 9019 have been satisfied; THEREFORE,

IT IS HEREBY ORDERED approving the Joint Application and authorizing the Trustee to accept $85,000 ("Settlement Amount") in resolution of the Estate's claims against Witherills under the terms and conditions set forth in the Joint Application and Settlement Agreement.

IT IS FURTHER ORDERED that the Trustee hold the Settlement Amount proceeds pending further court order.

IT IS FURTHER ORDERED that to the extent this Order does not resolve the matters set forth in the Objections, the Objections are hereby overruled.

SIGNED AND DATED AS SET FORTH HEREIN ABOVE.