# TIFFANY & BOSCO
### P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-14553/212413918

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE:<br><br>Clarence Thomas Cummings and Pamela K. Cummings<br>        Debtors.<br>———————————————————<br>ABN AMRO Mortgage Group, Inc., it's successor's and/or assigns<br>        Movant,<br>  vs.<br>Clarence Thomas Cummings and Pamela K. Cummings, Debtors; Lawrence J. Warfield, Trustee.<br>        Respondents. | No. 2:09-bk-10576-RTBP<br><br>Chapter 7<br><br>**MOTION TO WITHDRAW MOTION FOR RELIEF FROM THE AUTOMATIC STAY**<br><br>(Relating to docket #22) |

    Movant, ABN AMRO Mortgage Group, Inc., it's successor's and/or assigns, by its attorney undersigned, moves to withdraw its Motion for Relief from Automatic Stay without prejudice as the matter has been resolved.

…

…

…

DATED this 20th day of November, 2009.

                                        Respectfully submitted,

                                        TIFFANY & BOSCO, P.A.

                                        BY  /s/ MSB # 010167
                                                Mark S. Bosco
                                                Leonard J. McDonald
                                                Attorneys for Movant

COPY of the foregoing mailed
November 20, 2009 to:

Clarence Thomas Cummings and Pamela K. Cummings
1860 Woodland Pines Lane
Prescott, AZ 86303
Debtors

Arturo A. Thompson
3636 N. Central Ave., #1200
Phoenix, AZ 85012
Attorney for Debtors

Lawrence J. Warfield
P.O. Box 14647
Scottsdale, AZ 85267
Trustee


By Sheri L. Wray